UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

|  |  |  |
|---|---|---|
| JUAN CASTRO, | : | CASE NO. 1:19-cv-744 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Juan Castro seeks judicial review of the Social Security Administration Commissioner's final decision denying his supplemental security income benefits application.[1]

On April 14, 2020, Magistrate Judge James R. Knepp II issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision denying Plaintiff's application.[2]  Any objections to the R&R were due by April 28, 2020, and neither party objected.

The Federal Magistrates Act requires district courts to conduct a *de novo* review only of objected-to portions of a R&R.[3]  Absent objection, district courts may adopt a R&R without review.[4]

---

[1] Doc. 1.  Plaintiff and Defendant filed merits briefs.  Docs. 11, 14.
[2] Doc. 15.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).  Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:19-cv-744
Gwin, J.

Because no party has objected to the R&R, this Court may adopt Magistrate Judge

Knepp's R&R without further review.  Moreover, having conducted its own review of the

record, the Court agrees with the R&R's conclusions.

Accordingly, the Court **ADOPTS** Magistrate Judge Knepp's R&R, and **AFFIRMS** the

Commissioner's final decision.

IT IS SO ORDERED.


Dated:  June 2, 2020                              s/        *James S. Gwin*
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE